# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161676

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HANOVER INSURANCE COMPANY, INC.,
        Plaintiff-Appellant,

v

PAUL M. LUBIENSKI,
        Defendant-Appellee.

SC: 161676
COA: 346942
Wayne CC: 16-010593-CK

_____/

       On order of the Court, the application for leave to appeal the March 24, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

p1118